United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL LEWIS, *et al* § | |
| § | |
| VS § | CIVIL ACTION NO. H-22-2593 |
| § | |
| ROSENBERG POLICE DEPARTMENT, *et al* § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant Officer Matthew Newport's Opposed Motion to Dismiss (Doc. No. 59) to which Plaintiff responded (Doc. No. 66); and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 93). Neither party filed objections and the time for doing so has passed.

The Court has carefully reviewed the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation and agrees with the Magistrate Judge's conclusions. It is therefore

**ORDERED** that the Memorandum and Recommendation (Doc. No. 93) is **ADOPTED**. It is further

**ORDERED** that Defendant Officer Matthew Newport's Opposed Motion to Dismiss (Doc. No. 59) is **DENIED** as to Plaintiff Lewis' excessive force claim and **DENIED AS MOOT** as to Newport's statue of limitations argument, Plaintiffs' unlawful arrest claims, and Plaintiff Armstead's unlawful search claim.

SIGNED this 30th day of September 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE